IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

WILLIAM E. CALDERON-LOPEZ,

Petitioner,

vs.

ANTHONY HAYNES, Warden,

Respondent.

CIVIL ACTION NO.:CV211-045

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Petitioner William Calderon Lopez ("Lopez") contests his prosecution and subsequent conviction for aiding and abetting the transporting of illegal aliens and hostage taking. However, Lopez does not make any assertions which reveal he satisfies the savings clause of 28 U.S.C. § 2255 (section 2255(e)) so that he may proceed with his cause of action.

Lopez's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Respondent's Motion to Dismiss is **GRANTED**. Lopez's petition for writ of habeas corpus, filed pursuant to 28

AO 72A
(Rev. 8/82)

U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this ___ day of _____, 2011.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA